# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 16-cv-1345-WJM-KLM

SEAN JOHNSON,

      Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
JEH JOHNSON, Secretary, United States Department of Homeland Security,
LORETTA LYNCH, Attorney General of the United States,
LEON RODRIGUEZ, Director, United States Citizenship and Immigration Services,
A. KRISTI BARROWS, District Director, United States Citizenship and Immigration
Services Denver District,
ANDREW LAMBRECHT, Field Office Director, United States Citizenship and
Immigration Services, Denver, Colorado, and
JAMES COMEY, Director, Federal Bureau of Investigation,

      Defendants.

---

## ORDER GRANTING JOINT MOTION TO REMAND

---

      This matter comes before the Court on the Parties' Joint Motion to Remand

(ECF No. 10).  The Court having reviewed the Motion and being fully advised hereby

ORDERS as follows:

      The Parties' Joint Motion to Remand is GRANTED.  Pursuant to 8 U.S.C.

§ 1447(b), this action is remanded to the United States Citizenship and Immigration

Services ("USCIS") for a decision on Plaintiff's application for naturalization with

instructions that USCIS adjudicate the application within 21 days of the date of this

order. The Court shall retain jurisdiction over this matter in the event that USCIS fails to

adjudicate Plaintiff's application within the time stated herein.

Dated this 6th day of September, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge